### Markle *against* Markle and others.

A female defendant, unmarried, above *sixty years of age*, and who had been deaf and dumb from her infancy, was admitted to appear and defend by guardian.

*Oct. 26th.* PETITION of the defendant, *Jacob Markle*, stating that *Delia Markle*, one of the defendants, and who is his sister, and unmarried, is of the age of sixty years, and has been deaf and dumb from her infancy, and is of such imbecility of mind as to be incapable of defending the suit. These facts were verified by affidavit.

*Ford*, for the defendant, moved that a guardian be appointed to appear and put in her answer, and defend the suit.

*Per Curiam.* Motion granted. Cases to this effect were referred to in 2 *Johnson's Ch. Rep.* 235.